*Ralph Stout* and *Benjamin Jaffe* for appellant.
*Louis Okin* and *Sidney B. Moskovitz* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ. LOUGHRAN, Ch. J., deceased.

In the Matter of MARIA BELOTTI, Appellant, against JOSEPH D. McGOLDRICK, as State Rent Administrator, Respondent, and JOSE M. VAZQUEZ et al., Interveners, Respondents.

Argued March 5, 1953; decided April 16, 1953.

*Harry M. Krokow* for appellant.

*Harold Zucker* and *Robert H. Schaffer* for respondent.

*Abraham J. Gellinoff* for interveners-respondents.

Order affirmed, with one bill of costs and disbursements; no opinion.

Concur: LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ. LOUGHRAN, Ch. J., deceased.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* HERMAN LEVINE, Appellant.

Argued March 6, 1953; decided April 16, 1953.

